AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Commodity Futures Trading Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:10-cv-02893-RMG |
| Ronald E Satterfield, Nicholas Bos, Patricia L Bos | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff *(name)* Commodity Futures Trading Commission recover from the defendant *(name)* Ronald E. Satterfield; Nicholas Bos and Patricia Bos the amount of Nine hundred fifty-seven thousand one hundred forty-six (restitution), Two million eight hundred seventy-one thousand four hundred thirty-eight (civil monetary penalty); Eight hundred forty-nine thousand one hundred forty-six (Bos restitution obligation), Two hundred ninety-five thousand (P. Bos disgorgement obligation), Two million five hundred forty-seven thousand four hundred thirty-eight (civil monetary penalty) dollars ($957,146 (restitution), $2,871, 438 (civil monetary penalty); $849,146 (Bos restitution obligation), $295,000 (P. Bos disgorgement obligation), $2,547,438 (civil monetary penalty) ), plus postjudgment interest at the rate of __.19__ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.


Date:   May 9 2012

*CLERK OF COURT*    Larry W. Propes

s/ S. Shealy

_____
*Signature of Clerk or Deputy Clerk*